**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF ALASKA**

PEBBLE LIMITED PARTNERSHIP,
et al.,
      Plaintiffs,

                          Case Number 3:14-cv-00097-HRH

v.

UNITED STATES ENVIRONMENTAL
PROTECTION AGENCY, et al.,
      Defendants.          **JUDGMENT IN A CIVIL CASE**

___ **JURY VERDICT.** This action came before the court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

_X_ **DECISION BY COURT.** This action came before the court. The issues have been duly considered and a decision has been rendered.

      IT IS ORDERED AND ADJUDGED:

      THAT the plaintiffs' and intervenor-plaintiff's complaints are dismissed without prejudice.

APPROVED:

/s/ H. Russel Holland
H. Russel Holland
United States District Judge

Date: September 30, 2014

*NOTE: Award of prejudgment interest, costs and attorney's fees are governed by D.Ak. LR 54.1, 54.3, and 58.1.*

                                      Marvel Hansbraugh
                                      Marvel Hansbraugh,
                                       Clerk of Court

[A14-097N.Judgment.wpd]{JMT2.WPT*Rev.3/03}