Kyle W. Parker, ABA No. 9212124
Jonathan W. Katchen, ABA No. 0411111
CROWELL & MORING LLP
1029 West 3rd Avenue, Suite 550
Anchorage, Alaska 99501
Telephone: (907) 865-2600
Facsimile: (907) 865-2680
kparker@crowell.com
jkatchen@crowell.com

Richard E. Schwartz, *Pro Hac Vice*
John C. Martin, *Pro Hac Vice*
Susan M. Mathiascheck, *Pro Hac Vice*
CROWELL & MORING LLP
1001 Pennsylvania Avenue, N.W.
Washington, DC 20004-2595
Telephone: (202) 624-2500
Facsimile: (202) 628-5116
rschwartz@crowell.com
jmartin@crowell.com
smathiascheck@crowell.com

*Attorneys for Plaintiff Pebble Limited Partnership*

Samuel J. Fortier, ABA No. 8211115
Rachel Lauesen, ABA No. 0905016
FORTIER & MIKKO, P.C.
1600 A. St. Suite 101
Anchorage, AK 99501
Telephone: (907) 277-4222
Facsimile: (907) 277-4221
sfortier@fortmikk.alaska.com

*Attorneys for Plaintiff Alaska Peninsula Corporation*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| PEBBLE LIMITED PARTNERSHIP and ALASKA PENINSULA CORPORATION,<br><br>Plaintiffs,<br><br>vs.<br><br>UNITED STATES ENVIRONMENTAL PROTECTION AGENCY and DENNIS J. MCLERRAN, in his official capacity as Regional Administrator of EPA Region 10,<br><br>Defendants. | CASE NO. 3:14-cv-00097-HRH<br><br>**NOTICE OF APPEAL** |

Notice is hereby given that Pebble Limited Partnership and Alaska Peninsula Corporation, plaintiffs in the above named case, hereby appeal to the United State Court of Appeals for the Ninth Circuit from final judgment entered in this action on the 30th day of September, 2014.

DATED at Anchorage, Alaska this 6th day of October, 2014.

Respectfully submitted,

CROWELL & MORING LLP

 /s/ Kyle W. Parker
Kyle W. Parker, ABA 9212124
Jonathan W. Katchen, ABA No. 0411111
CROWELL & MORING LLP
1029 West 3rd Avenue, Suite 550
Anchorage, Alaska 99501
Telephone: (907) 865-2600

Richard E. Schwartz, *Pro Hac Vice*
John C. Martin, *Pro Hac Vice*
Susan M. Mathiascheck, *Pro Hac Vice*
CROWELL & MORING LLP
1001 Pennsylvania Avenue, N.W.
Washington, DC 20004-2595
Telephone: (202) 624-2500

*Attorneys for Plaintiff Pebble Limited Partnership*

Samuel J. Fortier, ABA 8211115
Rachel Lauesen, ABA No. 0905016
FORTIER & MIKKO, P.C.
1600 A. St. Suite 101
Anchorage, AK 99501
Telephone: (907) 277-4222

*Attorney for Plaintiff Alaska Peninsula Corporation*

NOTICE OF APPEAL
*Pebble Limited Partnership, et al. v. U.S. EPA*, *et al.*, Case No. 3:14-cv-00097-HRH
Page 2 of 3

Case 3:14-cv-00097-HRH   Document 259   Filed 10/06/14   Page 2 of 3

**CERTIFICATE OF SERVICE**

I certify that on this 6th day of October, 2014, I electronically filed a copy of the foregoing using the CM/ECF system, which will electronically serve the attorneys of record in this case.


 /s/ Joyce Sheppard
Joyce Sheppard, Legal Secretary

NOTICE OF APPEAL
*Pebble Limited Partnership, et al. v. U.S. EPA*, *et al.*, Case No. 3:14-cv-00097-HRH
Page 3 of 3